1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9

10   UNITED STATES OF AMERICA,    )   Case No.: CR 08-01323-SVW
11                  Plaintiff,    )
                                  )
12        vs.                     )   ORDER OF DETENTION AFTER HEARING
                                  )   [Fed.R.Crim.P. 32.1(a)(6);
13                                )   18 U.S.C. 3143(a)]
     Otoniel Bahena Salgado       )
14                                )
                   Defendant.     )
15   _____)

16
17
18        The defendant having been arrested in this District pursuant to
19   a warrant issued by the United States District Court for the
20   ___CD Cal___ for alleged violation(s) of the terms and
21   conditions of his/her [probation] [supervised release]; and
22        The Court having conducted a detention hearing pursuant to
23   Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
24        The Court finds that:
25   A.   (✓) The defendant has not met his/her burden of establishing by
26        clear and convincing evidence that he/she is not likely to flee
27        if released under 18 U.S.C. § 3142(b) or (c). This finding is
28        based on _prior failures to comply w/ court orders; deceptions,_

1   _including use of different DOBs; no bail resources_

2

3

4   and/~~or~~

5   B.   (✓)   The defendant has not met his/~~her~~ burden of establishing by

6   clear and convincing evidence that he/~~she~~ is not likely to pose

7   a danger to the safety of any other person or the community if

8   released under 18 U.S.C. § 3142(b) or (c). This finding is based

9   on: _prior record_

10

11

12

13

14   IT THEREFORE IS ORDERED that the defendant be detained pending

15  the further revocation proceedings.

16

17  Dated:   10/8/13

18

19                                         _Ralph Zarefsky_
20                                   RALPH ZAREFSKY
                                     UNITED STATES MAGISTRATE JUDGE